### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY LINGO,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:22-1275 |
| v. | : | (JUDGE MANNION) |
| **BHI ENERGY POWER SERVICES,** | : | |
| Defendants | : | |

### ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

**(1)** The above-captioned action is **DISMISSED** for lack of subject matter jurisdiction.

**(2)** The defendant's motion to dismiss, (Doc. 13), is **DISMISSED**, without prejudice to refiling in state court, **AS MOOT**.

**(3)** The Clerk of the Court is directed to **REMAND** this case to the Court of Common Pleas of Luzerne County, and to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 13, 2022**
22-1275-01-ORDER